# United States District Court

EASTERN DISTRICT OF WISCONSIN

KENNETH JAY RANEY,

      Petitioner,

      v.

LISA J.W. HOLLINGSWORTH,
DEPARTMENT OF CORRECTIONS,
DEPARTMENT OF PROBATION,
LINDA LEMBCKE and
HEIDI ARNOLD,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No. 09-C-292

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that this petition is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases and 28 U.S.C. § 2243. Petitioner's motions for appointment of counsel and to expedite are DENIED as moot. Petitioner's request for leave to proceed *in forma pauperis* is likewise DENIED as moot, as petitioner has already paid the filing fee.

Approved:    s/ William C. Griesbach
                WILLIAM C. GRIESBACH
                United States District Judge

Dated: March 25, 2009.

JON W. SANFILIPPO
Clerk of Court

s/ Mary Conard
(By) Deputy Clerk